UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHENGSHENG HE,<br><br>    aka "Adam,"<br><br>        Defendant. | No. 2:24-MJ-07134<br><br>[PROPOSED] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS<br><br>(UNDER SEAL) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, arrest warrant, detention request, sealing application and proposed order, this Court's sealing order, and any related documents or attachments filed in the above-titled case shall be kept under seal until the Court issues an unsealing order or an arrest warrant is executed.

11/30/24
DATE

*Steve Kim*
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

~~The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.~~

~~DATE~~

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

2