# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA  ☐ RS  ☐ SA   DATE FILED: 11/30/2024 |
| | CASE NUMBER: 2:24-MJ-07134-DUTY  ~~Under Seal~~ |
| v. | INIT. APP. DATE: 12/2/2024   TIME: 1:30 PM |
| SHENGSHENG HE | CHARGING DOC: Complaint & Warrant |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 18:1956 |
| | COURTSMART/REPORTER: CS 12/02/24 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Steve Kim

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Connie Chung (Deputy Clerk)   Blake Hannah (Assistant U.S. Attorney)   Mandarin — Wayne Chan (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is ____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: ~~Hannah Alice Bogen~~ Robert Hsu ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ~~☑ DFPD~~ ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☑ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information (Entire Case:) ☑ GRANTED ☐ DENIED
☑ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
☐ Preliminary Hearing set for ____ at 11:30 AM in Los Angeles
☑ Post-Indictment Arraignment set for: 1/7/25 at ~~8:30 AM~~ 1:30 PM in Los Angeles
☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ____ District of ____
☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
☐ Warrant of removal and final commitment are ordered stayed until ____
☑ Case continued to (Date) 12/3/24 (Time) 11:30 ☑ AM / ☐ PM
☑ Type of Hearing: Detention  Before Judge Kim /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ____ ☐ Judge's Courtroom ____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ____).
☐ Other: ____

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY

Deputy Clerk Initials: CC
: 35