# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 24mj7134 |
| Shengsheng He | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the parties_____, IT IS ORDERED that a detention hearing is set for _December 3_, _2024_____, at _11:30_ ☒ a.m. / ☐ p.m. before the Honorable _Steve Kim_____, in Courtroom _640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _December 2, 2024_

Steve Kim, U.S. Magistrate Judge